IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**ENTERED**
OCT - 8 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

THE MOST REVEREND MICHAEL
J. BRANSFIELD, Bishop of the Roman
Catholic Diocese of Wheeling-Charleston
d/b/a St. Peter's Church, Welch, West
Virginia,

                Plaintiff,

vs.        Case No.: 1:07-CV-0397

DUNFORD ROOFING, INC., a Virginia
Corporation,

                Defendant.

## ORDER OF DISMISSAL

This day came plaintiff, The Most Rev. Michael J. Bransfield, Bishop of the Roman Catholic Diocese of Wheeling-Charleston, d/b/a St. Peter's Church, Welch, West Virginia, by his counsel William A. Kolibash, and defendant Dunford Roofing, Inc., a Virginia Corporation, by its counsel, David M. Kersey, and advised the Court that all matters in controversy herein have been completely compromised and settled between those parties and jointly moved the Court for dismissal of this action, with prejudice. The Court finds from the representations of counsel that all matters in controversy between those parties have in fact been compromised and settled and, that this case should be dismissed, with prejudice.

It is therefore ORDERED and ADJUDGED that this civil action be, and the same hereby is, dismissed from the docket of this Court, with prejudice.

ENTER this 8th day of October, 2008.

_David A. Faber_
JUDGE

PREPARED BY:

_[signature]_

David M. Kersey, Esquire
West Virginia State Bar ID #2018
Brewster, Morhous, Cameron, Caruth,
    Moore, Kersey & Stafford, PLLC
418 Bland Street
Post Office Box 529
Bluefield, West Virginia 24701
(304) 325-9177
*Counsel for defendant*


APPROVED BY:

_[signature]_

William A. Kolibash, Esquire
Phillips, Gardill, Kaiser & Altmeyer
61 14th Street
Wheeling, West Virginia 26003
*Counsel for plaintiff*